IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>HUONG Q. TRUONG,<br><br>    Defendant. | Case No. 19-cv-03240-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed Magistrate Judge Corley's Report and Recommendation regarding Plaintiff Samuel Love's Motion for Default Judgment. See Report and Recommendation (dkt. 27); Mot. for Default Judgment (dkt. 26). The Court finds the report correct, well-reasoned, and thorough, and adopts it in every respect. Further, Defendant Huong Q. Truong has not timely objected to the Report and Recommendation. Accordingly, Love's Motion for Default Judgment is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED to the extent that Love requests that the Court (1) enter default judgment against Truong, (2) enter an injunction ordering Truong to remove the unlawful barriers to access at Insta Lube and designate accessible parking in compliance with the Americans with Disabilities Act Accessibility Guidelines, and (3) award Love $4,000 in damages under the Unruh Act. The motion is GRANTED IN PART AND DENIED IN PART to the extent that Love requests attorneys' fees and costs. The Court hereby awards $3,490 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 18, 2021



CHARLES R. BREYER
United States District Judge